IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
01 NOV 13 PM 1:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

ROBERT MELVIN DAWSON, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION NO. 01-S-0556-NE
)
)
STATE TROOPER J. DUNN and )
CIRCUIT COURT JUDGE JAMES W. )
WOODRUFF, )
)
Defendants. )

ENTERED
NOV 13 2001

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, Judge James W. Woodruff's motion to dismiss is due to be granted and the claims against him dismissed. An appropriate order will be entered.

DONE this 13th day of November, 2001.

_____
UNITED STATES DISTRICT JUDGE