IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED

OCT 1 5 2004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT MELVIN DAWSON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) CIVIL ACTION NO. 01-S-0556-NE |
| | ) |
| | ) |
| STATE TROOPER J. DUNN, | ) |
| | ) |
| Defendant. | ) |

ENTER:

15

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections filed by the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint dismissed. An appropriate order will be entered.

DONE, this 15th day of October, 2004.

_____
UNITED STATES DISTRICT JUDGE

60